IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RODNEY SALLIS,<br><br>    Plaintiff,<br><br>v.<br><br>GERDAU AMERISTEEL U.S. INC., a foreign company licensed to do business in Oklahoma,<br><br>    Defendant. | CIVIL ACTION NO.<br>15-cv-00496-SPS |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Rodney Sallis and Defendant Gerdau Ameristeel U.S. Inc., by agreement and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate to and dismiss <u>with prejudice</u> all claims filed in this matter by Plaintiff Rodney Sallis against Defendant Gerdau Ameristeel U.S. Inc., by reason of settlement by the parties.

Respectfully submitted this 13th day of July, 2016.

| | |
|---|---|
| */s/ Jean Walpole Coulter* | */s/ Emily D. Shoda* |
| Jean Walpole Coulter, OBA #9324 | Paul A. Ross, OBA #19699 |
| Jean Walpole Coulter & Associates, Inc. | Joshua W. Solberg, OBA #22308 |
| 406 South Boulder, Suite 712 | McAfee & Taft A Professional Corporation |
| Tulsa, OK 74103 | 10th Floor, Two Leadership Square |
| Telephone: (918) 583-6394 | 211 N. Robinson Avenue |
| Facsimile: (918) 583-6398 | Oklahoma City, OK 73102-7103 |
| jeancoult@aol.com | Telephone:  (405) 235-9621 |
| | Facsimile:  (405) 235-0439 |
| ATTORNEY FOR PLAINTIFF, | paul.ross@mcafeetaft.com |
| RODNEY SALLIS | josh.solberg@mcafeetaft.com |
| | |
| | and |
| | |
| | Gavin S. Appleby (admitted *pro hac vice*) |
| | Georgia Bar No. 020825 |
| | gappleby@littler.com |

Emily D. Shoda (admitted *pro hac vice*)
Georgia Bar No. 669601
eshoda@littler.com
LITTLER MENDELSON, P.C.
3344 Peachtree Road N.E.
Suite 1500
Atlanta, GA 30326-4803
Telephone:  (404) 233-0330
Facsimile:  (404) 233-2361

ATTORNEYS FOR DEFENDANT,
GERDAU AMERISTEEL U.S. INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July, 2016, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

Jean Walpole Coulter
Jean Walpole Coulter & Associates, Inc.
406 South Boulder, Suite 712
Tulsa, OK 74103
jeancoult@aol.com

ATTORNEY FOR PLAINTIFF

*/s/ Emily D. Shoda*
Emily D. Shoda